

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-11-00057-CV

_____


IN THE INTEREST OF A.P., G.P., AND L.P., CHILDREN


On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. FA-10-39888


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Bonnie Ruth Allen-Pieroni, the sole appellant in this case, has filed a motion seeking to dismiss her appeal, stating that the trial court has granted a new trial in this matter. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her motion is granted. TEX. R. APP. P. 42.1.

We dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     November 1, 2011
Date Decided:       November 2, 2011